UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 05-35514-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

CLARENCE C. TAYLOR
XXX-XX-5804
ANGELA C. TAYLOR
XXX-XX-7497



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

NOV - 1 2010

FILED ☐ RECEIVED

DEBTORS                    /

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

The Trustee has a balance of $85.05 remaining in her bank account
which represents unpresented checks drawn and mailed to entities
pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in
a case under Chapter 13 in the above-named case. The Trustee has made
a good-faith effort to verify the correct mailing address for said
entitiies and to deliver the funds before presenting this notice. More
than sufficient time has passed for these checks to be presented for
payment.

Attached and made a part of this notice, is a list, pursuant to
Bankruptcy Rule 3001, of the names, claim numbers and addresses of the
claimants and the amounts to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above-stated sum
has been deposited with the Clerk of the U.S. Bankruptcy Court,
Southern District of Florida, to effect closing this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing
Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court
Clerk was mailed to the parties listed on the attached service list
this 29th day of October, 2010.

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

PAID
133869

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

DEBTORS
CLARENCE C. TAYLOR
ANGELA C. TAYLOR
2428 FERNWAY ST
SEBRING, FL 33872-4211

ATTORNEY FOR DEBTORS
ADRIANO R. GONZALEZ, ESQUIRE
GONZALEZ & GONZALEZ
PO BOX 1127
STUART, FL 34995

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

Attachment - Listing of Claimant

Case Number:     05-35514-BKC-EPK

Creditor No.:    113074

Claimant:        FLORIDA CARDIOLOGY PA
                 2699 LEE ROAD
                 SUITE 100
                 WINTER PARK, FL 32789